UNITED STATES of America,
Plaintiff–Appellee,

v.

Willie TROTTER, Defendant–
Appellant.

No. 07–12156

Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Dec. 12, 2007.

Gwendolyn L. Spivey, Federal Defender Office, Randolph P. Murrell, Federal Pub-

lic Defender, Tallahassee, FL, Robert A. Dennis, Jr., Federal Public Defender's Office, Pensacola, FL, for Defendant–Appellant.

Lennard B. Register, III, U.S. Attorney's Office, Pensacola, FL, E. Bryan Wilson, Tallahassee, FL, for Plaintiff–Appellee.

Before EDMONDSON, Chief Judge, TJOFLAT and BLACK, Circuit Judges.

PER CURIAM:

Gwendolyn Spivey, appointed counsel for Willie Trotter in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Trotter's conviction and sentence are **AF-FIRMED.**